# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DEREK CHAMBLISS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0914

———————————————

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher Michael LaBruzzo, Judge.

Derek Chambliss, pro se.

PER CURIAM.

   Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.